IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ALL FUNDS IN U.S. BANK ACCOUNT #103681420248 IN THE NAME OF EPSILON CONTROLS LLC;
2. 2016 CHEVROLET CORVETTE, VIN #1G1YY26U065124386;
3. 2010 CHEVROLET AVALANCHE, VIN #3GNVKGE06AG224170;
4. 2016 HARLEY DAVIDSON MOTORCYCLE FLTRXS, VIN #1HD1KTM11GB638225;
5. 2016 MERCEDES GLC UTILITY PASSENGER CAR, VIN #WDC0G4KBXGF051587;
6. 2016 TOYOTA HIGHLANDER, VIN #5TDJKRFH5GS232634; AND
7. 2017 TOYOTA RAV4, VIN #JTMDJREV1HD108249;

    Defendants.2

_____

**WARRANT FOR ARREST OF PROPERTY *IN REM***
_____

TO: UNITED STATES MARSHALS SERVICE AND/OR ANY OTHER DULY AUTHORIZED LAW ENFORCEMENT OFFICER:

    PURSUANT to the *Order for Warrant for Arrest of Property In Rem* issued by this Court, YOU ARE HEREBY COMMANDED TO ARREST AND SEIZE as soon as practicable, the following defendant assets described in the *Verified Complaint for Forfeiture In Rem* filed herewith, and to use whatever means may be appropriate to protect and maintain it in your custody until further order of this Court:

    a.    All Funds in U.S. Bank Account #103681420248 in the Name of Epsilon Controls LLC;

    b.    2016 Chevrolet Corvette, VIN #1G1YY26U065124386;
    c.    2010 Chevrolet Avalanche, VIN #3GNVKGE06AG224170;
    d.    2016 Harley Davidson Motorcycle FLTRXS, Vin #1HD1KTM11GB638225;
    e.    2016 Mercedes GLC Utility Passenger Car, VIN #WDC0G4KBXGF051587;
    f.    2016 Toyota Highlander, VIN #5TDJKRFH5GS232634;
    g.    2017 Toyota RAV4, VIN #JTMDJREV1HD108249.

DATED this ___ day of _____, 2020.

                                          JEFFREY P. COLWELL
                                          Clerk of the U.S. District Court


                                  By: _____
                                        Deputy Clerk